191467

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

           OAK ROCK FINANCIAL, LLC,

                         Debtor.
-----------------------------------------------------------X

Chapter 7

Case No.: 8-13-72251 (DTE)

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
              ) ss:
COUNTY OF NASSAU )

       **NANCY A. O'BRIEN**, being duly sworn, deposes and says:

       That deponent is not a party to this action is over 18 years of age and resides at Oceanside, New York.

       That on the 1st day of May 2013 deponent served a copy of the within Notice of Appearance and Demand for Service of Papers upon:

       **Oak Rock Financial, LLC**
       Pro Se
       3900 Veterans Highway, Suite 351
       Bohemia, NY 11716

       **United States Trustee**
       Long Island Federal Courthouse
       560 Federal Plaza - Room 560
       Central Islip, NY 11722-4437

       **OTTERBOURG, STEINDLER, HOUSTON**
       **& ROSEN, P.C.**
       Attorneys for Israel Discount Bank of New York
       Attention:    Jonathan N. Helfat
                         Melanie L. Cyganowski
       230 Park Avenue
       New York, NY 10169-0075

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, within New York

191467

State, located at 14th Street, Garden City, New York.

_____
NANCY A. O'BRIEN

Sworn to before me this
1st day of May 2013

_____
Notary Public

MELANIE SUE HOFFMAN
Notary Public, State of New York
No. 01HO4609529
Qualified in Nassau County
Commission Expires Sept 30, 20__