KAPLAN & LEVENSON P.C.
Steven M. Kaplan (SK6909)
630 Third Avenue
New York, New York 10017
(212) 983-6900
(212) 983-9210 (fax)
smk@kaplev.com

*Attorneys for Eric Rothenberg, Alisse Rothenberg, Eric Jay Rothenberg Rollover IRA, Jeffrey Rapaport, Jeffrey Rapaport M.D. Defined Benefit Profit Sharing Plan, Shelley Saftler, Corey M. Saftler, Corey M. Saftler CGM IRA Custodian, Laura Kaplan and Arlene Saftler*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                             Chapter 11

OAK ROCK FINANCIAL, LLC,            Case No. 8-13-72251 (DTE)

Debtor.
-----------------------------------------------------------x

**NOTICE OF MOTION FOR ENTRY OF ORDER (I) COMPELLING DEBTOR TO SEGREGATE FUNDS IN CONNECTION WITH PARTICIPATION INTERESTS IN LOANS, (II) COMPELLING THE DEBTOR TO PROVIDE AN ACCOUNTING AGING, ALONG WITH OTHER INFORMATION, (III) AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY PURSUANT TO RULE 2004 BY THE <u>DEBTOR AND (IV) RELATED RELIEF</u>**
(I)

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the motion (the "Motion") of Eric Rothenberg, Alisse Rothenberg, Eric Jay Rothenberg Rollover IRA, Jeffrey Rapaport, Jeffrey Rapaport M.D. Defined Benefit Profit Sharing Plan, Shelley Saftler, Corey M. Saftler, Corey M. Saftler CGM IRA Custodian, Laura Kaplan and Arlene Saftler (the "Participants") for entry of an order (I) compelling Oak Rock Financial, LLC ("Oak Rock" or the "Debtor") to segregate and hold in escrow all funds received or to be received from the Debtor's borrowers under loans made by the Debtor in which the Participants have a participation interest,

(II) compelling the Debtor to provide the Participants with an accounting and aging reports of all loans made by the Debtor in which the Participants have a participation interest, along with daily reporting of all cash in and out (or access to portals with such information) on such loans, (III) authorizing the issuance by the Participants of Subpoenas pursuant to Bankruptcy Rule 2004 for the production of documents and the examination of the Debtor and its representatives, and (IV) granting related relief, shall be held before the Honorable Dorothy T. Eisenberg, Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 on **May 13, 2013 at 10:00 a.m.** (prevailing Eastern Time).

Dated: New York, New York
May 8, 2013

    KAPLAN & LEVENSON P.C.
*Attorneys for Eric Rothenberg, Alisse Rothenberg, Eric Jay Rothenberg Rollover IRA, Jeffrey Rapaport, Jeffrey Rapaport M.D. Defined Benefit Profit Sharing Plan, Shelley Saftler, Corey M. Saftler, Corey M. Saftler CGM IRA Custodian, Laura Kaplan and Arlene Saftler*

By: /s/ *Steven M. Kaplan*
    Steven M. Kaplan (SK6909)

630 Third Avenue
New York, New York 10017
(212) 983-6900
(212) 983-8210 (fax)