KAPLAN & LEVENSON P.C.
Steven M. Kaplan (SK6909)
630 Third Avenue
New York, New York 10017
(212) 983-6900
(212) 983-9210 (fax)
smk@kaplev.com

*Attorneys for Eric Rothenberg, Alisse Rothenberg, Eric Jay Rothenberg Rollover IRA, Jeffrey Rapaport, Jeffrey Rapaport M.D. Defined Benefit Profit Sharing Plan, Shelley Saftler, Corey M. Saftler, Corey M. Saftler CGM IRA Custodian, Laura Kaplan and Arlene Saftler*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

OAK ROCK FINANCIAL, LLC,                              Case No. 8-13-72251 (DTE)

Debtor.
---------------------------------------------------------x

STATE OF NEW YORK     )
                                           ss:
COUNTY OF NEW YORK  )

       YVETTE COLON-O'SHEA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside in State of New York.

    2.    On May 8, 2013, a true and correct copy of the Notice of Motion for Entry of Order dated May 8, 2013 was served in the above-captioned matter to the individuals in the attached service list via First Class Mail through the United States Postal Service.

                                                               Yvette Colon-O'Shea

Sworn to before me this
8th day of May, 2013

_____
Notary Public
ERIC SCHAER
Notary Public, State of New York
No. 02SC6212982
Qualified in New York County
Commission Expires October 26, 2013

{00108446.1/1293-001}

SERVICE LIST:

John Bougiamas, Esq.
Otterburg Steindler Houston & Rose
230 Park Avenue
New York, NY 10169

Walter J. Greenhalgh, Esq.
Gregory R. Haworth, Esq.
Duane Morris
One Riverfront Plaza, 1037 Raymond Blvd., Ste. 1800
Newark, NJ 07102-5429

Office of the US Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456

Jill Bienstock, Esq.
Cole Schotz Meisel Forman Leonard
900 Third Avenue, 16th Floor
New York, NY 10022-4728

Paul S. Hollander, Esq.
Okin, Hollander & DeLuca, L.L.P.
One Parker Plaza
Fort Lee, NJ 07024

Adam P. Wofse, Esq.
Lamonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

Andrew C. Gold, Esq.
Frederick E. Schmidt, Jr., Esq.
Herrick Feinstein, LLP
2 Park Avenue
New York, NY 10016

James Vincequerra, Eq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

Tracy L. Klestadt, Esq.
Klestadt & Winters LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018

Jonathan Helfat, Esq.
Otterbourg, Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

Jerome Reisman, Esq.
Reisman Peirez & Reisman LLP
1305 Franklin Avenue
Garden City, NY 11530

Ronald M. Terenzi, Esq.
Michael Kwiatkowski, Esq.
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue, Ste. 300
Garden City, NY 11530