**EXHIBIT A**



300 East Lombard Street Suite 2000
Baltimore, MD 21202
410.230.0660  410.230.0667 FAX
Federal ID# 22-2113414

—
New Jersey
—
New York
—
Delaware
—
Texas

OAK ROCK FINANCIAL, LLC
C/O CLIFF ZUCKER
COHN REZNICK, LLP
333 THORNALL STREET
EDISON, NJ  08837

Re: Client/Matter No. 51908-0002  
**INVOLUNTARY PETITION**

Invoice No. 719166  
May 15, 2013

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 6, 2013

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| **LITIGATION** | | | **0.90** | **$577.00** |
| 04/29/13 | TELEPHONE CALL WITH DAVID DEAN RE: POTENTIAL NEW YORK RECEIVERSHIP FILING THREATENED BY BANK | LM | 0.20 | 142.00 |
| 04/29/13 | REVIEW OF RECEIVER STATUTE AND CPLR AND MATERS RELATED THERETO RE: POTENTIAL NEW YORK RECEIVERSHIP FILING THREATENED BY BANK | LM | 0.50 | 355.00 |
| 04/29/13 | TELEPHONE CALL WITH L. MAY RE: POTENTIAL NEW YORK RECEIVERSHIP FILING | GDD | 0.20 | 80.00 |
| **TRAVEL** | | | **17.00** | **$8,207.50** |
| 05/05/13 | TRAVEL FROM BALTIMORE TO LONG ISLAND FOR MAY 6, 2013 HEARING | IEW | 4.00 | 2,220.00 |
| 05/05/13 | TRAVEL FROM BALTIMORE TO LONG ISLAND FOR MAY 6, 2013 HEARING | GDD | 4.00 | 1,600.00 |
| 05/06/13 | TRAVEL FROM HEARING TO BALTIMORE | IEW | 2.50 | 1,387.50 |
| 05/06/13 | TRAVEL FROM HEARING TO BALTIMORE | GDD | 2.50 | 1,000.00 |
| 05/06/13 | TRAVEL FROM HEARING ON MOTION TO APPOINT INTERIM CHAPTER 7 TRUSTEE | KLB | 2.00 | 1,000.00 |
| 05/06/13 | TRAVEL TO HEARING ON MOTION TO APPOINT INTERIM CHAPTER 7 TRUSTEE | KLB | 2.00 | 1,000.00 |
| **COURT APPEARANCE** | | | **8.00** | **$3,837.50** |
| 04/30/13 | ATTEND HEARING (TELEPHONICALLY) ON SCHEDULING OF SECTION 303(G) TRUSTEE MOTION AND CASH FREEZE REQUEST | GDD | 0.50 | 200.00 |
| 05/06/13 | ATTEND HEARING ON SECTION 303(G) MOTION, MOTION TO QUASH, AND MOTION TO CONVERT | IEW | 2.50 | 1,387.50 |

Case 8-13-72251-reg    Doc 114-1    Filed 05/20/13    Entered 05/20/13 16:20:14

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: INVOLUNTARY PETITION  
Client/Matter No. 51908-0002

Invoice No. 719166  
May 15, 2013  
Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/06/13 | ATTEND HEARING (LOCAL COUNSEL) ON SECTION 303(G) MOTION, MOTION TO QUASH, AND MOTION TO CONVERT | KLB | 2.50 | 1,250.00 |
| 05/06/13 | ATTEND HEARING ON SECTION 303(G) MOTION, MOTION TO QUASH, AND MOTION TO CONVERT | GDD | 2.50 | 1,000.00 |
| | **CHAPTER 11 PRE-BANKRUPTCY WORK** | | **104.70** | **$32,605.50** |
| 04/29/13 | WORK ON PREPARATION OF CHAPTER 11 PETITION | SXB | 0.60 | 207.00 |
| 04/29/13 | WORK ON CASH MANAGEMENT MOTION | SXB | 0.70 | 241.50 |
| 04/29/13 | WORK ON WAGE MOTION | SXB | 1.00 | 345.00 |
| 04/29/13 | WORK ON CORPORATE RESOLUTIONS FOR CHAPTER 11 FILING | SXB | 0.60 | 207.00 |
| 04/29/13 | REVIEW CREDITOR MATRIX | SXB | 0.40 | 138.00 |
| 04/29/13 | PREPARE CORPORATE OWNERSHIP STATEMENT AND REVIEW DOCUMENTS RELATED THERETO | SXB | 1.00 | 345.00 |
| 04/29/13 | PREPARE TOP 20 LIST | SXB | 0.40 | 138.00 |
| 04/29/13 | WORK ON FIRST-DAY FIRST-DAY AFFIDAVIT | SXB | 1.50 | 517.50 |
| 04/29/13 | CONDUCT LEGAL RESEARCH RE: EDNY FIRST-DAY REQUIREMENTS | SXB | 0.60 | 207.00 |
| 04/29/13 | REVIEW CLIENT DOCUMENTS RE: FIRST-DAY PAPERS | SXB | 1.00 | 345.00 |
| 04/29/13 | DRAFT FIRST DAY AFFIDAVIT | SAE | 0.50 | 105.00 |
| 04/29/13 | DRAFT CASH MANAGEMENT MOTION | SAE | 0.30 | 63.00 |
| 04/29/13 | DRAFT WAGE AND HOUR MOTION | SAE | 0.30 | 63.00 |
| 04/29/13 | CONDUCT LEGAL RESEARCH RE: ASSET-BASED LENDING AND BANKRUPTCY ISSUES | SAE | 1.20 | 252.00 |
| 04/29/13 | ASSIST WITH PREPARATION OF TOP 20 LIST | KAK | 0.70 | 140.00 |
| 04/29/13 | MEETING WITH D. DEAN RE: FIRST-DAY FILING ISSUES | GHL | 0.60 | 285.00 |
| 04/29/13 | REVIEW CLIENT DOCUMENTS RE: CAPITAL STRUCTURE FOR FIRST-DAY MOTIONS AND PREPARATION | GHL | 1.60 | 760.00 |
| 04/29/13 | CONSULT WITH D. DEAN RE: LENDER ISSUES AND POTENTIAL CHAPTER 11 ISSUES | IEW | 0.30 | 166.50 |
| 04/29/13 | REVIEW LOAN AND RELATED DOCUMENTS RE: CASH COLLATERAL AND FIRST-DAY MOTION ISSUES | IEW | 0.60 | 333.00 |
| 04/29/13 | BEGIN REVIEW OF CLIENT DOCUMENTS RE: CASH COLLATERAL AND FIRST-DAY MOTION PREPARATION | IEW | 0.90 | 499.50 |
| 04/29/13 | CALL WITH G. LEIBOWITZ, S. BHATNAGAR AND S. EHRENPREIS RE: FIRST-DAY FILING ISSUES | GDD | 0.60 | 240.00 |
| 04/29/13 | REVIEW LOAN DOCUMENTS RE: CASH COLLATERAL ISSUES | GDD | 1.50 | 600.00 |
| 04/29/13 | CONFER WITH I. WALKER RE: CASH COLLATERAL ISSUES | GDD | 0.30 | 120.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 04/29/13 | CALL WITH R. DETAR RE: BANK ACCELERATION AND RELATED ISSUES | GDD | 0.70 | 280.00 |
| 04/29/13 | CALL WITH D. WALKER RE: PARTICIPANT ISSUES | GDD | 0.30 | 120.00 |
| 04/29/13 | REVIEW CLIENT DOCUMENTS RE: FIRST-DAY DILIGENCE AND FIRST-DAY PREPARATION | GDD | 2.00 | 800.00 |
| 04/29/13 | EMAIL EXCHANGE WITH T. STEPHENS RE: FIRST-DAYS DILIGENCE | GDD | 0.20 | 80.00 |
| 04/29/13 | CALL WITH C. ZUCKER RE: FIRST-DAY PREPARATION AND UPDATE | GDD | 0.20 | 80.00 |
| 04/29/13 | PREPARE CREDITORS MATRIX RE: FIRST-DAY FILINGS | KAK | 1.00 | 200.00 |
| 04/29/13 | UPDATE LIST OF TOP 20 CREDITORS RE: FIRST-DAY PREPARATION | KAK | 0.20 | 40.00 |
| 04/29/13 | ASSIST WITH PREPARATION OF PETITION | KAK | 0.90 | 180.00 |
| 04/29/13 | ASSIST WITH PREPARATION OF CREDITOR LIST | KAK | 0.70 | 140.00 |
| 04/30/13 | RESEARCH RE: ASSET BASED LENDER BANKRUPTCY-RELATED ISSUES | SAE | 0.40 | 84.00 |
| 04/30/13 | REVIEW LOAN AGREEMENT WITH IDB RE: BANK LIEN AND PARTICIPATION ISSUES | WDV | 1.20 | 396.00 |
| 04/30/13 | DRAFT FIRST DAY AFFIDAVIT FOR CHAPTER 11 FILING | SAE | 1.00 | 210.00 |
| 04/30/13 | DRAFT CORPORATE DISCLOSURE STATEMENT AND DECLARATION FOR CHAPTER 11 FILING | SAE | 1.10 | 231.00 |
| 04/30/13 | REVIEW CLIENT DOCUMENTS RE: FIRST-DAY PAPERS | SXB | 1.80 | 621.00 |
| 04/30/13 | WORK ON FIRST-DAY MOTIONS FIRST-DAY AFFIDAVIT | SXB | 0.80 | 276.00 |
| 04/30/13 | REVISE AND REVISE CORPORATE RESOLUTIONS FOR CHAPTER 11 FILING | SXB | 0.40 | 138.00 |
| 04/30/13 | REVIEW OF LOAN DOCUMENTS TO PREPARE FOR CHAPTER 11 | IEW | 1.00 | 555.00 |
| 04/30/13 | DIRECTIONS TO W. VAN NESS RE: BANK LIEN AND PARTICIPANT ISSUES | IEW | 0.30 | 166.50 |
| 04/30/13 | REVIEW CASE LAW ON LIEN ISSUES | IEW | 0.70 | 388.50 |
| 04/30/13 | REVIEW CREDITOR MATRIX | SXB | 0.20 | 69.00 |
| 04/30/13 | REVIEW AND REVISE CORPORATE OWNERSHIP STATEMENT | SXB | 0.20 | 69.00 |
| 04/30/13 | REVIEW AND REVISE TOP 20 LIST | SXB | 0.20 | 69.00 |
| 04/30/13 | WORK ON CHAPTER 11 PETITION | SXB | 0.20 | 69.00 |
| 04/30/13 | CALL WITH I WALKER RE: BANK LIEN AND PARTICIPANT ISSUES | WDV | 0.30 | 99.00 |
| 04/30/13 | CONDUCT LEGAL RESEARCH RE: RIGHTS OF PARTICIPANTS | WDV | 3.20 | 1,056.00 |
| 04/30/13 | REVIEW SAMPLE PARTICIPATION AGREEMENT RE: BANK LIEN AND PARTICIPATION ISSUES | WDV | 0.20 | 66.00 |
| 04/30/13 | REVIEW OAK ROCK'S UCC SEARCHES | WDV | 0.60 | 198.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/30/13 | REVIEW CLIENT DOCUMENTS RE: FIRST-DAY PREPARATION AND DILIGENCE | GDD | 2.10 | 840.00 |
| 05/01/13 | DRAFT AND REVISE CASH MANAGEMENT MOTION | SXB | 0.50 | 172.50 |
| 05/01/13 | ASSIST WITH RESEARCH AND PREPARATION OF PLEADINGS FOR POSSIBLE FILING OF CHAPTER 11 PETITION | KAK | 1.90 | 380.00 |
| 05/01/13 | DRAFT AND REVISE FIRST-DAY AFFIDAVIT | SXB | 0.80 | 276.00 |
| 05/01/13 | DRAFT AND REVISE PETITION | SXB | 0.20 | 69.00 |
| 05/01/13 | REVIEW LOCAL BANKRUPTCY RULES OF EASTERN DISTRICT OF NEW YORK RE: CHAPTER 11 FILING REQUIREMENTS AND FIRST-DAYS | SXB | 0.50 | 172.50 |
| 05/01/13 | DRAFT MEMO RE: PARTICIPATION ISSUES AND PRIORITY (FOR CASH COLLATERAL MOTION) | WDV | 1.00 | 330.00 |
| 05/01/13 | DRAFT AND REVISE CORPORATE RESOLUTIONS FOR CHAPTER 11 FILING | SXB | 0.50 | 172.50 |
| 05/01/13 | DRAFT AND REVISE CORPORATE OWNERSHIP STATEMENT | SXB | 0.10 | 34.50 |
| 05/01/13 | DRAFT AND REVISE TOP 20 LIST | SXB | 0.20 | 69.00 |
| 05/02/13 | ASSIST WITH PREPARATION AND REVISIONS TO PETITION PAPERWORK AND FIRST-DAY PLEADINGS FOR FILING IN EDNY | KAK | 1.40 | 280.00 |
| 05/02/13 | REVIEW AND REVISE CREDITOR MATRIX | SXB | 0.80 | 276.00 |
| 05/02/13 | DRAFT CORPORATE OWNERSHIP STATEMENT | SXB | 0.50 | 172.50 |
| 05/02/13 | REVIEW DUE DILIGENCE MATERIALS FOR FIRST-DAYS | SXB | 1.30 | 448.50 |
| 05/02/13 | REVIEW/ANALYZE DOCUMENTS RE CASH ACCOUNTS FOR FIRST-DAY FILINGS | GDD | 0.20 | 80.00 |
| 05/02/13 | CALL WITH S. GORDON (MURPHY'S ATTORNEY) RE PROXY AND REVIEW DRAFT PROXY RE: CORPORATE GOVERNANCE AND FIRST-DAY ISSUES | GDD | 0.10 | 40.00 |
| 05/02/13 | REVIEW DOCUMENTS RE: CASH ACCOUNTS (CASH MANAGEMENT MOTION) | GDD | 0.10 | 40.00 |
| 05/02/13 | REVIEW DOCUMENTS AND CLIENT DOCUMENT REQUESTS RE FIRST DAYS | GDD | 0.70 | 280.00 |
| 05/02/13 | DRAFT CASH MANAGEMENT MOTION | SAE | 1.30 | 273.00 |
| 05/02/13 | DRAFT EMPLOYEE WAGE AND BENEFIT MOTION | SAE | 1.10 | 231.00 |
| 05/02/13 | DRAFT SCHEDULES EXTENSION MOTION | SAE | 1.00 | 210.00 |
| 05/02/13 | DRAFT FIRST DAY AFFIDAVIT | SAE | 2.10 | 441.00 |
| 05/02/13 | REVIEW AND REVISE TOP 20 CREDITOR LIST | SXB | 1.30 | 448.50 |

Case 8-13-72251-reg    Doc 114-1    Filed 05/20/13    Entered 05/20/13 16:20:14

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    INVOLUNTARY PETITION    Invoice No. 719166
        Client/Matter No. 51908-0002    May 15, 2013
                Page 5

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/02/13 | RESEARCH RE: RULES AND PROCEDURES FOR CREDITOR LIST/MATRIX AND MAILING LIST | KAK | 0.80 | 160.00 |
| 05/02/13 | PREPARE CREDITOR LIST FOR NY FILING | KAK | 1.20 | 240.00 |
| 05/03/13 | REVIEW AND REVISE TOP 20 CREDITOR LIST | SXB | 1.60 | 552.00 |
| 05/03/13 | REVISE VOLUNTARY CHAPTER 11 PETITION FOR COMPLIANCE WITH OFFICIAL CURRENT FORM | PVR | 2.10 | 493.50 |
| 05/03/13 | REVIEW AND REVISE CORPORATE OWNERSHIP STATEMENT | SXB | 0.40 | 138.00 |
| 05/03/13 | REVIEW DEALER AGREEMENT RE: FIRST-DAY PREPARATION | SXB | 0.50 | 172.50 |
| 05/03/13 | REVIEW AND REVISE EMPLOYEE WAGES MOTION | SXB | 1.40 | 483.00 |
| 05/03/13 | REVIEW AND REVISE MAILING MATRIX | SXB | 0.90 | 310.50 |
| 05/03/13 | REVISE CHAPTER 11 VOLUNTARY PETITION | SXB | 0.40 | 138.00 |
| 05/03/13 | DRAFT/REVIEW/REVISE EMPLOYEE WAGE AND BENEFIT MOTION | SAE | 1.50 | 315.00 |
| 05/03/13 | DRAFT/REVIEW/REVISE CASH MANAGEMENT MOTION | SAE | 1.70 | 357.00 |
| 05/03/13 | DRAFT/REVIEW/REVISE FIRST DAY AFFIDAVIT | SAE | 2.50 | 525.00 |
| 05/03/13 | DRAFT/REVIEW/REVISE SCHEDULES EXTENSION MOTION | SAE | 1.20 | 252.00 |
| 05/03/13 | REVIEW ORGANIZATIONAL CHART RE: FIRST-DAY PREPARATION | SXB | 0.10 | 34.50 |
| 05/03/13 | REVIEW PERSONNEL POLICY RE: FIRST-DAY PREPARATION | SXB | 0.20 | 69.00 |
| 05/03/13 | CONFERENCE CALL WITH K. DELUISE AND J. VOSS (COHN REZNICK) RE: FIRST DAY PLEADINGS | SXB | 0.60 | 207.00 |
| 05/03/13 | REVIEW AND REVISE CASH MANAGEMENT MOTION AND EXHIBIT THERETO | SXB | 2.30 | 793.50 |
| 05/03/13 | REVIEW PARTICIPATION AGREEMENT RE: FIRST-DAY PREPARATION | SXB | 0.40 | 138.00 |
| 05/03/13 | BEGIN DRAFT OF CASH COLLATERAL MOTION AND REVIEW LOCAL RULES RELATED THERETO | SXB | 1.40 | 483.00 |
| 05/03/13 | COMMUNICATION WITH D. DEAN AND S. EHRENPREIS RE: FIRST DAY PLEADINGS | SXB | 0.50 | 172.50 |
| 05/03/13 | UPDATE REORGANIZATION ACTION ITEM LIST FOR FIRST-DAYS. | SXB | 0.40 | 138.00 |
| 05/03/13 | REVIEW LOAN AGREEMENTS WITH IDB RE: FIRST-DAY PREPARATION | SXB | 1.10 | 379.50 |
| 05/03/13 | CONFERENCE WITH P. RATKOWIAK RE: FIRST-DAY ISSUES | SXB | 0.30 | 103.50 |
| 05/03/13 | RESEARCH RE: MAILING MATRIX, CREDITORS LIST, TOP 20 UNSECURED CREDITORS, AND REQUIRED STATEMENTS UNDER LOCAL RULE | PVR | 1.50 | 352.50 |
| 05/03/13 | CONFERENCE WITH P. RATKOWIAK RE: FIRST DAY FILING CHECKLIST | SXB | 0.30 | 103.50 |

Case 8-13-72251-reg    Doc 114-1    Filed 05/20/13    Entered 05/20/13 16:20:14

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: INVOLUNTARY PETITION  
Client/Matter No. 51908-0002

Invoice No. 719166  
May 15, 2013  
Page 6

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/03/13 | CONFERENCES WITH S. BHATNAGAR RE: FIRST DAY PLEADINGS AND CHAPTER 11 FILING | PVR | 0.30 | 70.50 |
| 05/03/13 | PREPARE FIRST DAY FILING CHECKLIST | PVR | 0.60 | 141.00 |
| 05/03/13 | RESEARCH RE: INVOLUNTARY PETITIONS AND MOTIONS TO CONVERT | PVR | 2.10 | 493.50 |
| 05/03/13 | REVIEW AND REVISE MAILING MATRIX TO COMPLY WITH LOCAL RULE | PVR | 0.60 | 141.00 |
| 05/04/13 | DRAFT/REVIEW/REVISE CORPORATE RESOLUTIONS FOR FIRST-DAY FILINGS. | SAE | 0.50 | 105.00 |
| 05/04/13 | REVIEW AND REVISE FIRST DAY AFFIDAVIT | SXB | 2.70 | 931.50 |
| 05/04/13 | CONTINUE DRAFT OF CASH COLLATERAL MOTION | SXB | 1.30 | 448.50 |
| 05/04/13 | DRAFT/REVIEW/REVISE FIRST DAY AFFIDAVIT | SAE | 1.00 | 210.00 |
| 05/04/13 | REVIEW/REVISE CASH MANAGEMENT MOTION | SAE | 1.00 | 210.00 |
| 05/04/13 | COMMUNICATIONS WITH D. DEAN AND S. EHRENPREIS RE: FIRST DAY PLEADINGS | SXB | 0.60 | 207.00 |
| 05/04/13 | REVIEW FILED VERSION OF OPPOSITION TO CHAPTER 7 TRUSTEE MOTION RE: BACKGROUND FOR FIRST-DAYS. | SXB | 0.40 | 138.00 |
| 05/04/13 | REVIEW REVISED RESOLUTIONS RE: CHAPTER 11 FILING | SXB | 0.30 | 103.50 |
| 05/05/13 | REVIEW AND REVISE SCHEDULES EXTENSION MOTION | SXB | 0.80 | 276.00 |
| 05/05/13 | REVIEW AND REVISE FIRST DAY AFFIDAVIT AND REVIEW LOCAL RULES RELATED THERETO | SXB | 1.70 | 586.50 |
| 05/05/13 | REVISE CASH MANAGEMENT MOTION AND EXHIBIT THERETO | SXB | 0.70 | 241.50 |
| 05/05/13 | REVIEW/REVISE FIRST DAY AFFIDAVIT | SAE | 2.00 | 420.00 |
| 05/05/13 | COMMUNICATION WITH S. EHRENPREIS RE: FIRST DAY PLEADINGS | SXB | 0.30 | 103.50 |
| 05/05/13 | CONTINUE DRAFT OF CASH COLLATERAL MOTION AND INTERIM ORDER | SXB | 5.30 | 1,828.50 |
| 05/05/13 | COMMUNICATION WITH D. DEAN RE: FIRST DAY PLEADINGS | SXB | 0.30 | 103.50 |
| **INVOLUNTARY REPRESENTATION** | | | **175.00** | **$69,119.50** |
| 04/30/13 | REVIEW INVOLUNTARY PETITION FILED BY IDB AND RELATED PLEADINGS | SXB | 0.60 | 207.00 |
| 04/30/13 | CONDUCT LEGAL RESEARCH RE: PERMISSIBILITY OF INVOLUNTARY BANKRUPTCY FILING | SXB | 1.50 | 517.50 |
| 04/30/13 | CONDUCT LEGAL RESEARCH ISSUES FOR OPPOSITION TO APPOINTMENT OF A TRUSTEE (SETOFF, POSTPETITION V. PREPETITION RECEIPTS, TRUSTEE V. CRO, EDNY LOCAL RULES) | SAE | 3.10 | 651.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/30/13 | CONDUCT LEGAL RESEARCH RE: APPOINTMENT OF SECTION 303(G) INTERIM TRUSTEE | SXB | 2.20 | 759.00 |
| 04/30/13 | CORRESPONDENCE WITH D. DEAN RE: BANKS' DEPOSITION AND DOCUMENT REQUESTS. | JBB | 0.10 | 29.50 |
| 04/30/13 | TELEPHONE CONFERENCE WITH S. BHATNAGAR RE: DEPOSITION INQUIRY FROM D. DEAN, LOCAL RULES AND PRACTICE ISSUES | JBB | 0.30 | 88.50 |
| 04/30/13 | RESEARCH LOCAL RULE INQUIRY FROM D. DEAN ON DEPOSITION NOTICING ISSUE | JBB | 0.20 | 59.00 |
| 04/30/13 | TELEPHONE CONFERENCE WITH S. EHRENPREIS RE: LOCAL RULES/CHAMBERS RULES AND EDNY OBJECTIONS (OBJECTION TO SECTION 303(G) TRUSTEE MOTION). | JBB | 0.10 | 29.50 |
| 04/30/13 | CORRESPONDENCE WITH S. BHATNAGAR RE: LOCAL RULES/EDNY, PLEADINGS AND OBJECTIONS (OBJECTION TO SECTION 303(G) TRUSTEE MOTION). | JBB | 0.10 | 29.50 |
| 04/30/13 | TELEPHONE CONFERENCE WITH S. BHATNAGAR RE: APPEARANCE AT HEARING AND PRO HAC ISSUE FOR LOCAL COUNSEL (MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION). | JBB | 0.30 | 88.50 |
| 04/30/13 | TELEPHONE CALL TO C. MOFFETT, COURTROOM DEPUTY RE: MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION. | JBB | 0.10 | 29.50 |
| 04/30/13 | CORRESPONDENCE WITH F. PISANO RE: PRO HAC ADMISSION PAPERS FOR I. WALKER AND D. DEAN (MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION). | JBB | 0.10 | 29.50 |
| 04/30/13 | FURTHER TELEPHONE CONFERENCE WITH S. BHATNAGAR AND C. BRADEN RE: PRO HAC ADMISSIONS FOR ATTORNEYS AND LOCAL REQUIREMENTS (MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION). | JBB | 0.10 | 29.50 |
| 04/30/13 | PREPARE NOTICE OF APPEARANCE AND PRO HAC VICE MOTION RE: MAY 6, 2013 HEARING ON BANKS' SECTION 303(G) TRUSTEE MOTION. | CAB | 0.80 | 172.00 |
| 04/30/13 | VARIOUS TELEPHONE CALLS WITH IRV WALKER WITH RESPECT TO INVOLUNTARY PETITION ISSUES | LM | 0.30 | 213.00 |
| 04/30/13 | TELEPHONE FROM ADVERSARY P. HOLLANDER RE: INVOLUNTARY FILING | MDS | 0.20 | 157.00 |
| 04/30/13 | CALL WITH C. ZUCKER ON STRATEGY IN INVOLUNTARY | IEW | 1.00 | 555.00 |
| 04/30/13 | REVIEW INVOLUNTARY PAPERS, TRUSTEE MOTION, AND AFFIDAVITS | IEW | 1.00 | 555.00 |
| 04/30/13 | LETTER TO BANK COUNSEL (J. HELFAT) DEMANDING RELEASE OF BANK FUNDS | IEW | 0.60 | 333.00 |
| 04/30/13 | REVIEW BUDGET RE: PERIOD PRIOR TO SCHEDULED MAY 6, 2013 HEARING | IEW | 0.10 | 55.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/30/13 | REVIEW CASE LAW AND BEGIN PREPARATION FOR MAY 6, 2013 HEARING | IEW | 0.90 | 499.50 |
| 04/30/13 | E-MAILS TO C. ZUCKER RE: SECTION 303(G) HEARING PREPARATION | IEW | 0.20 | 111.00 |
| 04/30/13 | PREPARE FOR COURT HEARING ON SCHEDULING AND CASH FREEZE | GDD | 1.10 | 440.00 |
| 04/30/13 | CALL WITH C. ZUCKER RE: RE: INVOLUNTARY PETITION AND NEXT STEPS | GDD | 1.00 | 400.00 |
| 04/30/13 | REVIEW INVOLUNTARY PETITION AND RELATED PAPERS | GDD | 0.60 | 240.00 |
| 04/30/13 | REVIEW NOTICE OF DEPOSITIONS AND DOCUMENT REQUESTS RE: SECTION 303(G) TRUSTEE HEARING | GDD | 0.40 | 160.00 |
| 04/30/13 | CALL WITH C. ZUCKER RE: BUDGET AND APRIL 30, 2013 HEARING | GDD | 0.20 | 80.00 |
| 04/30/13 | REVIEW/REVISE LETTER TO BANK RE: ADMINISTRATIVE FREEZE | GDD | 0.30 | 120.00 |
| 04/30/13 | CONDUCT LEGAL RESEARCH RE: VIABILITY AND SATISFACTION OF REQUIREMENTS TO FILE INVOLUNTARY PETITION | GDD | 2.50 | 1,000.00 |
| 04/30/13 | CONFERENCE WITH AND EMAIL TO S. BHATNAGAR RE: RESPONSE TO INVOLUNTARY PETITION AND RESEARCH OF SAME. | PVR | 0.50 | 117.50 |
| 04/30/13 | E-MAILS TO S. BHATNAGAR RE: INVOLUNTARY PETITION AND PLEADINGS | KAK | 0.20 | 40.00 |
| 04/30/13 | RESEARCH RE: MOTIONS IN OPPOSITION TO MOTION TO APPOINT INTERIM TRUSTEE UNDER SECTION 303(G). | KAK | 0.50 | 100.00 |
| 04/30/13 | REVIEW AND RETRIEVE UPDATED DOCKET IN INVOLUNTARY CASE AND FORWARD TO S. BHATNAGAR AND S. EHRENPREIS | KAK | 0.20 | 40.00 |
| 04/30/13 | RETRIEVE PETITION AND RELATED PLEADINGS AND CIRCULATE SAME | KAK | 0.30 | 60.00 |
| 04/30/13 | FURTHER RESEARCH/REVIEW OF CASE PRECEDENT FOR OPPOSITIONS TO MOTIONS TO APPOINT INTERIM TRUSTEE UNDER SECTION 303(G). | KAK | 0.40 | 80.00 |
| 04/30/13 | DISCUSS PREPARATION OF NOA AND PHV PLEADINGS WITH C. BRADEN AND REVIEW EDNY PROCEDURES AND FORMS RE: MAY 6, 2013 HEARING ON BANKS' SECTION 303(G) TRUSTEE MOTION. | FP | 0.20 | 49.00 |
| 05/01/13 | TELEPHONE CALLS TO CHAMBERS OF DOROTHY EISENBERG, BANKRUPTCY CLERK AND DISTRICT COURT CLERK RE: PRO HACS | JBB | 0.20 | 59.00 |
| 05/01/13 | RESEARCH RE: CH. 7 AND CH. 11 INVOLUNTARY CASES | PVR | 3.40 | 799.00 |
| 05/01/13 | TELEPHONE CONFERENCES WITH S. BHATNAGAR RE: PRO HAC AND HEARING | JBB | 0.10 | 29.50 |
| 05/01/13 | INITIAL REVIEW OF PRO HAC PAPERS IN SUPPORT OF D. DEAN'S ADMISSION AND REVISE SAME | JBB | 0.10 | 29.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/01/13 | CORRESPONDENCE WITH S. BHATNAGAR RE: CAPTIONS AND REVIEW AND REVISE SAME (INVOLUNTARY PAPERS) | JBB | 0.10 | 29.50 |
| 05/01/13 | REVIEW AND REVISE PRO HAC PAPERS IN SUPPORT OF D. DEAN'S AND I. WALKER'S ADMISSIONS (MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION) | JBB | 0.40 | 118.00 |
| 05/01/13 | FURTHER CORRESPONDENCE WITH S. BHATNAGAR RE: CERTIFICATES OF GOOD STANDING (MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION) | JBB | 0.10 | 29.50 |
| 05/01/13 | REVIEW, REVISE AND FINALIZE FOR FILING PRO HAC ADMISSION PAPERS | JBB | 0.20 | 59.00 |
| 05/01/13 | TELEPHONE CONFERENCE WITH S. BHATNAGAR RE: PREPARATION OF PLEADINGS AND FIRST DAYS AND STATUS OF CASES | JBB | 0.30 | 88.50 |
| 05/01/13 | WORK ON DRAFT OF OPPOSITION TO CHAPTER 7 TRUSTEE MOTION | SXB | 1.80 | 621.00 |
| 05/01/13 | CALL WITH CLIFF ZUCKER AND TOM STEPHENS TO PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION | IEW | 1.50 | 832.50 |
| 05/01/13 | PREPARE FOR MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION AND EVALUATE POSSIBLE SETTLEMENT STRATEGIES | IEW | 3.20 | 1,776.00 |
| 05/01/13 | CALL WITH D. DEAN RE: INVOLUNTARY ISSUES AND STRATEGIES | IEW | 0.70 | 388.50 |
| 05/01/13 | PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION | IEW | 0.30 | 166.50 |
| 05/01/13 | RESEARCH/ANALYZE CONVERSION TO CHAPTER 11 ISSUES. | SXB | 1.70 | 586.50 |
| 05/01/13 | CONDUCT LEGAL RESEARCH RE: ISSUES RELATED TO INVOLUNTARY PETITION VIABILITY AND SECTION 303(G) TRUSTEE MOTION. | SXB | 2.80 | 966.00 |
| 05/01/13 | REVIEW INVOLUNTARY CASE DOCKET AND FILINGS RE: OPPOSITION TO SECTION 303(G) OPPOSITION. | SXB | 0.40 | 138.00 |
| 05/01/13 | MEETING WITH D. DEAN RE: RESEARCH FOR OPPOSITION TO MOTION FOR TRUSTEE UNDER SECTION 303(G) | SAE | 0.40 | 84.00 |
| 05/01/13 | CONDUCT LEGAL RESEARCH RE: BURDEN OF PROOF FOR APPOINTMENT OF INTERIM TRUSTEE | SAE | 1.70 | 357.00 |
| 05/01/13 | RESEARCH ABILITY TO SETOFF AND FREEZE BANK ACCOUNTS (REQUIREMENTS/MUTUALITY) | SAE | 2.60 | 546.00 |
| 05/01/13 | DRAFT OPPOSITION TO SECTION 303(G) TRUSTEE MOTION | GDD | 7.20 | 2,880.00 |
| 05/01/13 | CALL WITH I. WALKER RE: STRATEGY FOR INVOLUNTARY PETITION AND TRUSTEE MOTION | GDD | 0.70 | 280.00 |
| 05/01/13 | CALLS WITH C. ZUCKER RE: BUDGET AND NEXT STEPS | GDD | 0.40 | 160.00 |
| 05/01/13 | REVIEW PRO HACS IN EASTERN DISTRICT OF NEW YORK | GDD | 0.20 | 80.00 |

Case 8-13-72251-reg    Doc 114-1    Filed 05/20/13    Entered 05/20/13 16:20:14

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

| | | |
|---|---|---|
| Re: INVOLUNTARY PETITION | | Invoice No. 719166 |
| Client/Matter No. 51908-0002 | | May 15, 2013 |
| | | Page 10 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/01/13 | EMAIL TO T. STEPHENS RE: FACTS FOR OPPOSITION TO TRUSTEE MOTION | GDD | 0.20 | 80.00 |
| 05/01/13 | CONFER WITH S. BHATNAGAR RE: MOTION FOR TRUSTEE OPPOSITION | GDD | 0.50 | 200.00 |
| 05/01/13 | CONFER WITH S. EHRENPREIS RE: RESEARCH FOR OPPOSITION TO MOTION FOR TRUSTEE | GDD | 0.40 | 160.00 |
| 05/01/13 | REVIEW ZUCKER ENGAGEMENT LETTER (SECTION 303(G) TRUSTEE MOTION) | GDD | 0.30 | 120.00 |
| 05/01/13 | EMAIL TO I. WALKER RE: J. ALIX PROTOCOL (SECTION 303(G) TRUSTEE MOTION) | GDD | 0.30 | 120.00 |
| 05/01/13 | PREPARE PRO HAC VICE PAPERS FOR I. WALKER AND D. DEAN RE: MAY 6, 2013 HEARING. | CAB | 0.60 | 129.00 |
| 05/01/13 | RETRIEVE UPDATED DOCKET IN INVOLUNTARY PROCEEDING AND FORWARD TO S. BHATNAGAR | KAK | 0.10 | 20.00 |
| 05/01/13 | EMAIL FROM AND TO S. BHATNAGAR RE: RESPONSE TO INVOLUNTARY PETITION IN OTHER CASES | PVR | 0.70 | 164.50 |
| 05/02/13 | REVIEW, REVISE AND FINALIZE EX PARTE BANK OF AMERICA ORDER | JBB | 0.20 | 59.00 |
| 05/02/13 | EMAILS WITH J. BIENSTOCK RE: BANK OF AMERICA EX PARTE ORDER | CAB | 0.20 | 43.00 |
| 05/02/13 | CONFERENCE. WITH C. BRADEN RE: EX PARTE BANK OF AMERICA ORDER | JBB | 0.20 | 59.00 |
| 05/02/13 | VARIOUS CORRESPONDENCE FROM I. WALKER AND C. ZUCKER RE: CASH COLLATERAL ISSUES (EX PARTE ORDER). | JBB | 0.20 | 59.00 |
| 05/02/13 | TELEPHONE CONFERENCE WITH I. WALKER RE: ADDITIONAL ACCOUNT FREEZE ISSUE | JBB | 0.10 | 29.50 |
| 05/02/13 | CONFERENCE WITH L. MAY RE: RELEASE OF FROZEN BANK ACCOUNTS | JBB | 0.20 | 59.00 |
| 05/02/13 | FURTHER TELEPHONE CONFERENCES WITH JUDGE EISENBERG'S CHAMBERS (C. MOFFETT AND WINNIE) RE: RELEASE OF FROZEN BANK ACCOUNTS | JBB | 0.60 | 177.00 |
| 05/02/13 | FURTHER TELEPHONE CONFERENCE WITH S. BHATNAGAR RE: CERTIFICATES OF GOOD STANDING FOR PRO HAC (MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION). | JBB | 0.10 | 29.50 |
| 05/02/13 | VARIOUS TELEPHONE CONFERENCES WITH I. WALKER RE: RELEASE OF FROZEN BANK ACCOUNTS | JBB | 0.30 | 88.50 |
| 05/02/13 | REVIEW AND REVISE LETTER TO COURT RE: EX PARTE RELIEF (BANK OF AMERICA FROZEN ACCOUNT) | JBB | 0.20 | 59.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/02/13 | PREPARE EX PARTE RELIEF PER COURT REQUEST RE: FROZEN BANK ACCOUNT | JBB | 0.40 | 118.00 |
| 05/02/13 | VARIOUS CORRESPONDENCE TO D. DEAN AND S. BHATNAGAR RE: DISCOVERY ISSUES RELATING TO BANKS' DISCOVERY REQUESTS IN CONNECTION WITH SECTION 303(G) MOTION | JBB | 0.20 | 59.00 |
| 05/02/13 | CORRESPONDENCE WITH D. DEAN RE: SERVICE OF OPPOSITION TO SECTION 303(G) INTERIM TRUSTEE MOTION | JBB | 0.10 | 29.50 |
| 05/02/13 | CORRESPONDENCE WITH D. DEAN RE: PREPARATION OF HEARING MATERIALS IN SUPPORT OF OPPOSITION TO SECTION 303(G) TRUSTEE MOTION | JBB | 0.20 | 59.00 |
| 05/02/13 | PREPARE FOR DISCUSSIONS WITH BANK COUNSEL RE: EX PARTE BANK OF AMERICA ORDER | IEW | 0.30 | 166.50 |
| 05/02/13 | PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION (2.8) | IEW | 2.80 | 1,554.00 |
| 05/02/13 | ADDRESS BANK FREEZE PROBLEMS WITH C. ZUCKER | IEW | 0.20 | 111.00 |
| 05/02/13 | MULTIPLE CALLS AND E-MAILS TO BANK AND COUNSEL REGARDING BANK FREEZE PROBLEM | IEW | 0.80 | 444.00 |
| 05/02/13 | PREPARE ZUCKER DECLARATION IN SUPPORT OF OPPOSITION TO SECTION 303(G) MOTION | IEW | 1.90 | 1,054.50 |
| 05/02/13 | WORK ON BRIEF IN OPPOSITION TO TRUSTEE | IEW | 1.80 | 999.00 |
| 05/02/13 | REVIEW AND REVISE MOTION TO CONVERT TO CHAPTER 11 | GHL | 1.90 | 902.50 |
| 05/02/13 | PREPARE EX PARTE ORDER | IEW | 0.70 | 388.50 |
| 05/02/13 | CALLS TO COUNSEL GIVING NOTICE OF BANK OF AMERICA ACCOUNT FREEZE PROBLEM | IEW | 0.30 | 166.50 |
| 05/02/13 | LETTER TO BANK OF AMERICA RE: ASSET FREEZE | IEW | 1.40 | 777.00 |
| 05/02/13 | CALLS WITH BANK OF AMERICA - ATTEMPTS TO REACH BANK OF AMERICA COUNSEL | IEW | 0.50 | 277.50 |
| 05/02/13 | VARIOUS TELEPHONE CALLS WITH COURT RE: BANK OF AMERICA ORDER | LM | 0.10 | 71.00 |
| 05/02/13 | FOLLOW UP CONFERENCE WITH J. BEINSTOCK RE: BANK OF AMERICA ACCOUNT FREEZE | LM | 0.20 | 142.00 |
| 05/02/13 | CONFERENCE WITH J. BEINSTOCK RE: BANK OF AMERICA ACCOUNT | LM | 0.20 | 142.00 |
| 05/02/13 | DRAFTING OF LETTER TO BANK OF AMERICA RE: ACCOUNT FREEZE | LM | 0.20 | 142.00 |
| 05/02/13 | ADDRESS PREPARATION OF MATERIALS FOR MAY 6, 2013 HEARING ON SECTION 303(G) INTERIM TRUSTEE MOTION | JBB | 0.20 | 59.00 |
| 05/02/13 | CALLS TO JUDGE EISENBERG'S CHAMBERS (C. MOFFETT) RE: ISSUE WITH RELEASE OF FROZEN BANK ACCOUNTS AND DRAFT CORRESPONDENCE RE: SAME | JBB | 0.40 | 118.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/02/13 | CORRESPONDENCE WITH S. BHATNAGAR RE: PRO HAC PAPERS AND REVIEW OF CERTIFICATES OF GOOD STANDING (SECTION 303(G) TRUSTEE MOTION SCHEDULED FOR MAY 6, 2013) | JBB | 0.20 | 59.00 |
| 05/02/13 | CONDUCT LEGAL RESEARCH RE: PROPRIETY OF INVOLUNTARY FILING BY SECURED LENDERS | SAE | 0.50 | 105.00 |
| 05/02/13 | WORK ON BRIEF IN OPPOSITION TO MOTION FOR TRUSTEE AND DECLARATION | GDD | 6.70 | 2,680.00 |
| 05/02/13 | REVIEW DRAFT MOTION TO CONVERT | GDD | 0.30 | 120.00 |
| 05/02/13 | ADDRESS BANKS' RESPONSE TO NOTICE OF DEPOSITION AND DOCUMENT REQUESTS | GDD | 0.30 | 120.00 |
| 05/02/13 | REVIEW REQUEST FROM BANK RE DOCUMENTS AND QUESTIONS | GDD | 0.10 | 40.00 |
| 05/02/13 | CALL WITH R. DETAR RE IDB COMMUNICATIONS | GDD | 0.30 | 120.00 |
| 05/02/13 | CONFER WITH I. WALKER RE IDB COMMUNICATIONS | GDD | 0.30 | 120.00 |
| 05/02/13 | E-MAIL TO R. DETAR RE CALL WITH J. HELFAT | GDD | 0.10 | 40.00 |
| 05/02/13 | CONDUCT LEGAL RESEARCH RE: PROPRIETY OF INVOLUNTARY FILING BY SECURED LENDERS | SAE | 3.00 | 630.00 |
| 05/02/13 | DRAFT MOTION TO CONVERT CHAPTER 7 CASE TO CASE UNDER CHAPTER 11 | SXB | 3.20 | 1,104.00 |
| 05/02/13 | CONDUCT LEGAL RESEARCH RE: CONVERSION TO CHAPTER 11 AND RELATED ISSUES | SXB | 2.60 | 897.00 |
| 05/02/13 | RESEARCH LOCAL RULE DISCOVERY ISSUES FOR D. DEAN AND S. BHATNAGAR RE: BANKS' DISCOVERY REQUESTS IN CONNECTION WITH SECTION 303(G) MOTION | JBB | 0.40 | 118.00 |
| 05/02/13 | FURTHER CORRESPONDENCE WITH R. DETAR RE: HEARING, BANK OF AMERICA EX PARTE ORDER AND RELIEF REQUESTED | JBB | 0.10 | 29.50 |
| 05/02/13 | FOLLOW UP CONFERENCE WITH L. MAY RE: RELEASE OF FROZEN BANK ACCOUNTS | JBB | 0.20 | 59.00 |
| 05/02/13 | TELEPHONE CONFERENCE WITH CLERK NICK AT JUDGE EISENBERG'S CHAMBERS RE: EX PARTE BANK OF AMERICA ORDER | JBB | 0.10 | 29.50 |
| 05/02/13 | CORRESPONDENCE TO NOTICE PARTIES RE: SERVICE OF BANK OF AMERICA EX PARTE ORDER | JBB | 0.20 | 59.00 |
| 05/02/13 | RESEARCH RE: EXAMPLES OF MOTIONS TO CONVERT IN OTHER CASES | PVR | 1.60 | 376.00 |
| 05/02/13 | REVIEW DOCKETS RE: PAPERWORK FILED WITH MOTIONS TO CONVERT | PVR | 0.90 | 211.50 |
| 05/02/13 | PDF, FILE AND UPLOAD PROPOSED EX PARTE ORDER ON BANK ACCOUNTS | CAB | 0.40 | 86.00 |

Case 8-13-72251-reg    Doc 114-1    Filed 05/20/13    Entered 05/20/13 16:20:14

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

| | | |
|---|---|---|
| Re: INVOLUNTARY PETITION | | Invoice No. 719166 |
| Client/Matter No. 51908-0002 | | May 15, 2013 |
| | | Page 13 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/02/13 | ADDRESS ISSUES RE: PREPARATION AND FILING OF PRO HAC VICE PLEADINGS AND UPLOADING ORDERS | FP | 0.20 | 49.00 |
| 05/03/13 | CORRESPONDENCE WITH D. DEAN RE: DISCOVERY DISPUTES UNDER LOCAL RULES | JBB | 0.10 | 29.50 |
| 05/03/13 | CORRESPOND WITH J. BIENSTOCK AND D. DEAN RE: PREPARATION AND FILING OF MOTION TO QUASH DISCOVERY AND OBJECTION TO MOTION TO APPOINT INTERIM CHAPTER 7 TRUSTEE | CAB | 0.30 | 64.50 |
| 05/03/13 | DOWNLOAD/SAVE ALL RELEVANT PLEADINGS FROM DOCKET FOR MAY 6 HEARING ON SECTION 303(G) TRUSTEE MOTION AND EMERGENCY MOTION TO QUASH | CAB | 0.60 | 129.00 |
| 05/03/13 | REVIEW OF ORDER SCHEDULING MOTION TO QUASH HEARING AND CORRESPONDENCE WITH I. WALKER AND D. DEAN RE: SAME | JBB | 0.10 | 29.50 |
| 05/03/13 | CORRESPONDENCE WITH D. DEAN RE: OPPOSITION TO SECTION 303(G) TRUSTEE MOTION | JBB | 0.10 | 29.50 |
| 05/03/13 | REVIEW, REVISE AND FINALIZE OPPOSITION TO APPOINTMENT OF INTERIM TRUSTEE UNDER SECTION 303(G) | JBB | 1.50 | 442.50 |
| 05/03/13 | TELEPHONE CONFERENCE WITH D. DEAN RE: EXHIBITS AND AFFIDAVIT IN SUPPORT OF OPPOSITION TO MOTION TO APPOINT INTERIM TRUSTEE UNDER SECTION 303(G) | JBB | 0.10 | 29.50 |
| 05/03/13 | CORRESPONDENCE WITH C. BRADEN RE: EXHIBITS TO OPPOSITION TO MOTION TO APPOINT SECTION 303(G) TRUSTEE | JBB | 0.30 | 88.50 |
| 05/03/13 | PREPARE MATERIALS FOR HEARING ON INVOLUNTARY AND OPPOSITION TO TRUSTEE APPOINTMENT | JBB | 0.70 | 206.50 |
| 05/03/13 | CORRESPONDENCE WITH C. BRADEN RE: WALKER AND DEAN PRO HAC VICE SUBMISSIONS FOR MAY 6, 2013 HEARING ON SECTION 303(G) MOTION AND MOTION TO QUASH DISCOVERY | JBB | 0.10 | 29.50 |
| 05/03/13 | TELEPHONE CALL TO WITH JUDGE EISNEBERG'S CHAMBERS RE: MOTION TO QUASH DISCOVERY IN CONNECTION WITH SECTION 303(G) MOTION | JBB | 0.10 | 29.50 |
| 05/03/13 | REVIEW, REVISE AND FINALIZE PLEADINGS FOR MOTION TO QUASH AND ADDRESS ISSUES RE: EXHIBITS AND SERVICE | JBB | 0.90 | 265.50 |
| 05/03/13 | REVIEW OF ENTERED ORDER AND CORRESPONDENCE WITH I. WALKER AND D. DEAN RE: SAME | JBB | 0.10 | 29.50 |
| 05/03/13 | REVIEW OF LOCAL RULES RE: PROPOSED ORDERS AND CORRESPONDENCE WITH D. DEAN RE: SAME | JBB | 0.10 | 29.50 |
| 05/03/13 | FURTHER CORRESPONDENCE WITH I. WALKER AND D. DEAN RE: ORDERS ENTERED | JBB | 0.10 | 29.50 |
| 05/03/13 | TELEPHONE CALL TO CHAMBERS RE: OPPOSITION TO MOTION TO APPOINT TRUSTEE UNDER SECTION 303(G) | JBB | 0.10 | 29.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/03/13 | CORRESPONDENCE TO OTHER PARTIES TO ADDRESS SERVICE OF MOTION TO QUASH AND AFFIDAVIT OF SERVICE | JBB | 0.10 | 29.50 |
| 05/03/13 | RESEARCH ISSUES SURROUNDING APPOINTMENT OF AN INTERIM CH. 7 TRUSTEE IN PREPARATION FOR MAY 6, 2013 HEARING | SAE | 0.60 | 126.00 |
| 05/03/13 | REVISE MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 11 | SXB | 0.80 | 276.00 |
| 05/03/13 | DRAFT AND REVISE MOTION TO QUASH DISCOVERY REQUESTS AND DECLARATION IN SUPPORT OF MOTION TO QUASH DISCOVERY | GDD | 2.20 | 880.00 |
| 05/03/13 | EMAILS TO A. SILVERSTEIN RE: MOTION TO QUASH DISCOVERY | GDD | 0.20 | 80.00 |
| 05/03/13 | CALLS WITH J. BIENSTOCK RE: MOTION TO QUASH DISCOVERY | GDD | 0.20 | 80.00 |
| 05/03/13 | CALL WITH A. SILVERSTEIN AND CLERK OF COURT RE: MOTION TO QUASH | GDD | 0.10 | 40.00 |
| 05/03/13 | REVIEW CONSENT ORDER RE: BUDGET PENDING MAY 6, 2013 HEARING AND EMAIL TO E. WEINICK RE: SAME | GDD | 0.20 | 80.00 |
| 05/03/13 | REVIEW IDB BANK'S INFORMATION REQUESTS AND ADDRESS WITH K. DELOUISE | GDD | 0.20 | 80.00 |
| 05/03/13 | CALL WITH A. GLADSTONE, D. WALKER, J. ROTHSCHILD, D. DEAN, AND C. ZUCKER RE: INVOLUNTARY ISSUES | GDD | 1.10 | 440.00 |
| 05/03/13 | DRAFT AND REVISE OPPOSITION BRIEF TO MOTION FOR TRANSFER AND ZUCKER DECLARATION | GDD | 5.50 | 2,200.00 |
| 05/03/13 | PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION AND MOTION TO QUASH | GDD | 2.10 | 840.00 |
| 05/03/13 | REVIEW CASE LAW ON REMOVAL OF INTERIM TRUSTEE UPON CONVERSION OF INVOLUNTARY CHAPTER 7 | KLB | 1.30 | 650.00 |
| 05/03/13 | CONFERENCE WITH D. DEAN RE: ISSUES FOR MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION AND MOTION TO QUASH DISCOVERY | KLB | 0.30 | 150.00 |
| 05/03/13 | CALLS/E-MAILS TO BANK OF AMERICA'S COUNSEL RE: FROZEN BANK ACCOUNTS | IEW | 0.70 | 388.50 |
| 05/03/13 | DRAFT/REVISE OPPOSITION TO MOTION FOR TRUSTEE UNDER SECTION 303(G) | IEW | 2.10 | 1,165.50 |
| 05/03/13 | PREPARATION OF ZUCKER DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO APPOINT INTERIM TRUSTEE UNDER SECTION 303(G) | IEW | 1.90 | 1,054.50 |
| 05/03/13 | CALL WITH A. GLADSTONE, D. WALKER, J. ROTHSCHILD, D. DEAN, AND C. ZUCKER RE: INVOLUNTARY ISSUES | IEW | 1.10 | 610.50 |
| 05/03/13 | PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION | IEW | 0.80 | 444.00 |
| 05/03/13 | CALLS WITH C. ZUCKER RE: FROZEN BANK ACCOUNTS | IEW | 0.50 | 277.50 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: INVOLUNTARY PETITION  
Client/Matter No. 51908-0002

Invoice No. 719166  
May 15, 2013  
Page 15

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/03/13 | TELEPHONE CALL D. DEAN RE: DISCOVERY DISPUTE AND POTENTIAL CONFERENCE WITH COURT RE: SAME | JBB | 0.10 | 29.50 |
| 05/03/13 | CORRESPONDENCE WITH D. DEAN RE: DISCOVERY DISPUTE AND AFFIDAVIT IN SUPPORT OF MOTION TO QUASH BANKS' DISCOVERY | JBB | 0.20 | 59.00 |
| 05/03/13 | DRAFT AFFIDAVIT FOR D. DEAN IN SUPPORT OF MOTION TO QUASH | JBB | 0.40 | 118.00 |
| 05/03/13 | REVIEW OF LOCAL RULES RE: DISCOVERY DISPUTES | JBB | 0.10 | 29.50 |
| 05/03/13 | WORK ON EXHIBITS FOR FILING OF OBJECTION TO SECTION 303(G) MOTION | FP | 0.40 | 98.00 |
| 05/03/13 | REVIEW COURT NOTICES AND DOWNLOAD FILED PLEADINGS FOR SERVICE IN CONNECTION WITH OBJECTION TO SECTION 303(G) TRUSTEE MOTION | FP | 0.20 | 49.00 |
| 05/03/13 | DRAFT AFFIDAVIT OF SERVICE OF OPPOSITION TO APPLICATION FOR APPOINTMENT OF CHAPTER 7 TRUSTEE UNDER SECTION 303(G) | FP | 0.20 | 49.00 |
| 05/03/13 | FINALIZE, PDF AND EFILE AFFIDAVIT OF SERVICE OF OPPOSITION TO APPLICATION FOR APPOINTMENT OF CHAPTER 7 TRUSTEE UNDER SECTION 303(G) | FP | 0.20 | 49.00 |
| 05/03/13 | REVIEW AND DOWNLOAD SIGNED ORDER TO SCHEDULE HEARING | FP | 0.10 | 24.50 |
| 05/03/13 | EMAIL DRAFT AFFIDAVIT OF SERVICE OF OPPOSITION TO APPLICATION FOR APPOINTMENT OF CHAPTER 7 TRUSTEE UNDER SECTION 303(G) TO ATTORNEY J. BIENSTOCK FOR REVIEW | FP | 0.10 | 24.50 |
| 05/03/13 | PREPARE AMENDED AFFIDAVIT OF SERVICE OF EX PARTE BANK OF AMERICA ORDER AND FILE WITH COURT | CAB | 0.20 | 43.00 |
| 05/03/13 | PDF AND FILE PRO HAC VICE MOTIONS FOR D. DEAN, I. WALKER WITH COURT AND UPLOAD ORDERS RE: MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION | CAB | 0.50 | 107.50 |
| 05/03/13 | PREPARE EXHIBITS AND PAPERS FOR EMERGENCY MOTION TO QUASH DISCOVERY IN CONNECTION WITH SECTION 303(G) MOTION, AND FILE WITH COURT | CAB | 0.70 | 150.50 |
| 05/03/13 | PREPARE AFFIDAVIT OF SERVICE OF EMERGENCY MOTION TO QUASH DISCOVERY IN CONNECTION WITH SECTION 303(G) MOTION, AND FILE WITH COURT | CAB | 0.20 | 43.00 |
| 05/03/13 | PREPARE EXHIBITS, DECLARATION AND OBJECTION TO MOTION TO APPOINTING TRUSTEE FOR FILING AND E-FILE WITH COURT | CAB | 0.70 | 150.50 |
| 05/04/13 | CORRESP. W/ D. DEAN AND I. WALKER RE PREPARATION OF MATERIALS FOR MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION | JBB | 0.10 | 29.50 |
| 05/04/13 | PREPARE REVISED WITNESS OUTLINE RE: MAY 6, 2013 HEARING ON SECTION 303(G) TRUSTEE MOTION | IEW | 0.70 | 388.50 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

| | | | | |
|---|---|---|---|---|
| Re: | INVOLUNTARY PETITION | | | Invoice No. 719166 |
| | Client/Matter No. 51908-0002 | | | May 15, 2013 |
| | | | | Page 16 |

| | | | | |
|---|---|---|---|---|
| 05/04/13 | CALL WITH C. ZUCKER AND COHEN REZNICK RE: MAY 6, 2013 TRUSTEE MOTION HEARING PREPARATION | IEW | 0.90 | 499.50 |
| 05/04/13 | CALL WITH D. DEAN RE PRE-HEARING OPTIONS | IEW | 0.20 | 111.00 |
| 05/04/13 | CONDUCT LEGAL RESEARCH RE: VARIOUS ISSUES RELATING TO CONVERSION ISSUES DURING GAP PERIOD | SAE | 2.80 | 588.00 |
| 05/04/13 | RESEARCH VARIOUS ISSUES RE: SECTIONS 303, 348, AND 706 OF THE BANKRUPTCY CODE, AS THEY IMPACT INVOLUNTARY PETITION AND CONVERSION TO CHAPTER 11 | KLB | 3.00 | 1,500.00 |
| 05/04/13 | EMAIL/MEMO TO D. DEAN RE: SECTION 303, 348 AND 706 ISSUES, AS THEY IMPACT INVOLUNTARY PETITION AND CONVERSION TO CHAPTER 11 | KLB | 0.80 | 400.00 |
| 05/04/13 | PREPARE FOR HEARING ON MOTION FOR APPOINTMENT OF AN INTERIM TRUSTEE AND MOTION TO QUASH | GDD | 12.50 | 5,000.00 |
| 05/04/13 | PREPARING FOR HEARING ON SECTION 303(G) TRUSTEE MOTION, INCLUDING WITNESS OUTLINES | IEW | 3.70 | 2,053.50 |
| 05/05/13 | WORK ON MEMO OF LAW RE: VARIOUS ISSUES RELATING TO INVOLUNTARY CASE, INTERIM TRUSTEE, AND CONVERSION TO CHAPTER 11 | KLB | 2.40 | 1,200.00 |
| 05/05/13 | REVISE MOTION TO CONVERT AND CONDUCT LEGAL RESEARCH RELATED THERETO | SXB | 1.80 | 621.00 |
| 05/05/13 | PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION, INCLUDING WITNESS OUTLINES AND EXHIBITS | IEW | 2.00 | 1,110.00 |
| 05/05/13 | CALLS WITH C. ZUCKER RE PREP FOR HEARING ON SECTION 303(G) TRUSTEE MOTION | IEW | 0.40 | 222.00 |
| 05/05/13 | PREPARE FOR HEARING ON SECTION 303(G) TRUSTEE MOTION AND MOTION TO QUASH | GDD | 9.80 | 3,920.00 |
| 05/05/13 | REVIEW CASE LAW ON CONVERSION TO CHAPTER 11 AND RELATED ISSUES | IEW | 0.50 | 277.50 |
| 05/05/13 | CONDUCT LEGAL RESEARCH RE: CONVERSION ISSUES. | SAE | 1.00 | 210.00 |
| 05/05/13 | RESEARCH VARIOUS ISSUES UNDER SECTIONS 303, 348 AND 706 OF BANKRUPTCY CODE, AS THEY RELATE TO INVOLUNTARY CASE AND CONVERSION TO CHAPTER 11 | KLB | 2.80 | 1,400.00 |
| 05/05/13 | REVISE MOTION TO CONVERT CASE TO CHAPTER 11 | KLB | 0.80 | 400.00 |
| 05/05/13 | PREPARE FOR EVIDENTIARY HEARING SCHEDULED FOR MAY 6, 2013 ON SECTION 303(G) TRUSTEE MOTION | KLB | 0.70 | 350.00 |
| 05/06/13 | MEETING WITH COHEN REZNICK TEAM RE PREPARATION FOR MAY 6, 2013 HEARING ON INTERIM TRUSTEE MOTION | IEW | 0.50 | 277.50 |

Case 8-13-72251-reg     Doc 114-1     Filed 05/20/13     Entered 05/20/13 16:20:14

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: INVOLUNTARY PETITION  
    Client/Matter No. 51908-0002

Invoice No. 719166  
May 15, 2013  
Page 17

| Date | Description | | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 05/06/13 | REVIEW OF VARIOUS NOTICES RECEIVED IN CASE AND ADDRESS ISSUE OF PENDING PRO HAC APPLICATIONS AND REVIEW OF LOCAL RULE RE SAME AND CORRESP W/ D. DEAN RE SAME | | JBB | 0.20 | 59.00 |
| 05/06/13 | MEETING WITH COHN REZNICK TEAM RE: HEARING PREPARATION | | GDD | 0.50 | 200.00 |
| 05/06/13 | REVIEW OF MOTION TO CONVERT CASE AND CORRESP. W /D. DEAN, I. WALKER AND K. BAUM RE SAME | | JBB | 0.30 | 88.50 |
| 05/06/13 | COORDINATE PREPARATION FOR MAY 6, 2013 HEARING ON INTERIM TRUSTEE MOTION AND MATERIALS FOR SAME | | JBB | 0.30 | 88.50 |

                                              TOTAL HOURS    305.60

PROFESSIONAL SERVICES:     $ 114,347.00

LESS COURTESY BILLING REDUCTION:     $ (9,500.00)

ADJUSTED PROFESSIONAL SERVICES:     $ 104,847.00

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL D. SIROTA | MEMBER | 0.20 | 785.00 | 157.00 |
| LAURENCE MAY | MEMBER | 1.70 | 710.00 | 1,207.00 |
| IRVING E. WALKER | MEMBER | 49.00 | 555.00 | 27,195.00 |
| GARY H. LEIBOWITZ | MEMBER | 4.10 | 475.00 | 1,947.50 |
| KENNETH BAUM | MEMBER | 18.60 | 500.00 | 9,300.00 |
| G. DAVID DEAN | MEMBER | 77.70 | 400.00 | 31,080.00 |
| JILL BIENSTOCK | ASSOCIATE | 13.90 | 295.00 | 4,100.05 |
| WYLIE D. VAN NESS | ASSOCIATE | 6.50 | 330.00 | 2,145.00 |
| SANJAY BHATNAGAR | ASSOCIATE | 64.90 | 345.00 | 22,390.50 |
| SAUL A. EHRENPREIS | ASSOCIATE | 37.40 | 210.00 | 7,854.00 |
| FRANCES PISANO | PARALEGAL | 1.60 | 245.00 | 392.00 |
| CYNTHIA BRADEN | PARALEGAL | 5.20 | 215.00 | 1,118.00 |
| PAULINE Z. RATKOWIAK | PARALEGAL | 14.30 | 235.00 | 3,360.50 |
| KIMBERLY A. KARSTETTER | PARALEGAL | 10.50 | 200.00 | 2,100.00 |

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26/13 | LIEN / LITIGATION WORK - CSC - UCC-1 SEARCH | 158.45 |
| 04/29/13 | WESTLAW | 29.61 |
| 04/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 04/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: INVOLUNTARY PETITION  Invoice No. 719166
Client/Matter No. 51908-0002  May 15, 2013
Page 18

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 05/05/13 | TRAVEL - AIR FARE - TD CARD SERVICES | 815.60 |
| 05/06/13 | TRAVEL - CAR RENTAL - IRVING WALKER | 92.79 |
| 05/06/13 | TRAVEL - LODGING - IRVING WALKER | 144.00 |
| 05/06/13 | TRAVEL - LODGING - G. DAVID DEAN | 148.17 |
| 05/06/13 | TRAVEL- AIRPORT PARKING - G. DAVID DEAN | 30.00 |
|  | TOTAL COSTS ADVANCED: | $ 1,431.22 |
|  | TOTAL SERVICES AND COSTS: | $ 106,278.22 |

*RETAINER BALANCE: 81,206.83*



COURT PLAZA NORTH  
25 MAIN STREET  
P.O. BOX 800  
HACKENSACK, NJ 07602-0800  
201.489.3000   201.489.1536 FAX  
FEDERAL ID# 22-2113414  

NEW YORK  
DELAWARE  
MARYLAND  
TEXAS  

OAK ROCK FINANCIAL, LLC  
C/O  CLIFF ZUCKER  
COHN REZNICK, LLP  
333 THORNALL STREET  
EDISON, NJ  08837  

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:     **Client/Matter No. 51908-0002**                                                      Invoice No. 719166  
         **INVOLUNTARY PETITION**                                                                          May 15, 2013

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

TOTAL SERVICES AND COSTS:                                                                     $   106,278.22

51908/0002-9547534v1