**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:                                                          Chapter 11

OAK ROCK FINANCIAL, LLC,                         Case No. 8:13-72251-DTE

                  Debtor.

---

### ORDER FOR RETENTION OF CLIFFORD ZUCKER, CPA, AS THE CHIEF RESTRUCTURING *OFFICER* OF THE DEBTOR

Upon the application (the "Application") of the debtor and debtor-in-possession, Oak Rock Financial, LLC (the "Debtor"), by and through its proposed counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order to appoint Clifford Zucker, CPA, as its Chief Restructuring Officer (the "CRO") pursuant to 11 U.S.C. §§ 105 and 363 (the "Bankruptcy Code"); and upon the affidavit of Clifford Zucker, CPA, in support of the relief sought in the Application; it hereby is

**ORDERED**, that in accordance with Bankruptcy Code §§ 105 and 363, the Debtor is authorized and empowered to appoint Clifford Zucker as its CRO in this chapter 11 proceeding as set forth in the Application effective as of April 29, 2013.

Dated: May 29, 2013
       Central Islip, New York

NO OBJECTION:

   */s/Christine H. Black*
Office of the United States Trustee



**Dated: Central Islip, New York**
     **May 30, 2013**

**Dorothy Eisenberg**
**United States Bankruptcy Judge**