Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Center, 22nd Floor
New York, NY  10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649
SCarroll@perkinscoie.com

Attorneys for David Schellhardt and Robert Baker

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------- X
IN RE:                                 :   Case No. 8-13-72251 (DTE)

OAK ROCK FINANCIAL, LLC,               :
                                           Case No.: Chapter 11[1]
                    Debtor             :

                                       :

                                       :
-------------------------------------- X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO: Clerk, U.S. Bankruptcy Court, E.D.N.Y.**

**PLEASE TAKE NOTICE THAT David Schellhardt** and **Robert Baker**, each a party in interest, hereby appear in this Chapter 11 case by and through their counsel, **Perkins Coie LLP,** and hereby demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon counsel at the address set forth below:

---

[1] Converted from Chapter 7 on May 6, 2013.

> Schuyler G. Carroll
> **PERKINS COIE LLP**
> 30 Rockefeller Center, 22nd Floor
> New York, NY  10112-0085
> Telephone: 212.262.6900
> Facsimile: 212.977.1649
> SCarroll@perkinscoie.com

**PLEASE TAKE FURTHER NOTICE** that, if applicable pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise, which affect or seek to affect any way the Debtor or property or proceeds in which the Debtor may claim or assert an interest (whether legal or equitable).

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for service of papers is neither intended as nor is it a consent of either Schellhardt or Baker to the jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of: (i) Schellhardt's and Baker's respective rights to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) Schellhardt's and Baker's respective rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Schellhardt's and Baker's respective rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Schellhardt and Baker respectively are or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Schellhardt and Baker, respectively, hereby expressly reserve.

| | |
|---|---|
| Dated:    New York, New York<br>         June 10, 2013 | Respectfully submitted,<br><br>PERKINS COIE LLP<br><br>By: */s/ Schuyler G. Carroll*<br>     Schuyler G. Carroll<br>30 Rockefeller Center, 22nd Floor<br>New York, NY  10112-0085<br>Tel: 212.262.6900<br>Fax: 212.977.1649<br><br>Attorneys for Creditors<br>David Schellhardt and Robert Baker |