Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Center, 22nd Floor
New York, NY  10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649
SCarroll@perkinscoie.com

Attorneys for David Schellhardt and Robert Baker

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------- X
IN RE:                                   :    Case No. 8-13-72251 (DTE)

OAK ROCK FINANCIAL, LLC,                 :
                                              Case No.: Chapter 11[1]
            Debtor                       :

                                         :

                                         :
---------------------------------------- X

**DAVID SCHELLHARDT AND ROBERT BAKER'S JOINDER IN FURTHER SUPPORT OF SUPPLEMENTAL JOINT OPPOSITION OF MILL CAPITAL LLC, ET AL. TO DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING SALE OF MERCHANTS ADVANCE LOAN TO BASEPOINT MERCHANT LENDING TRUST SERIES SPL-1**

David Schellhardt ("Schellhardt") and Robert Baker ("Baker," and together with Schellhardt, the "Participants"), by and through their attorneys, Perkins Coie LLP, hereby join in the Supplemental Joint Opposition of North Mill Capital LLC, ZFI Endowment Partners, L.P. and Medallion Financial Corp. and Certain of its Affiliated Entities to Debtor's Motion for Entry of an Order, Pursuant to 11 U.S.C. §§ 105 and 363, Approving Sale of Merchants Advance Loan to Basepoint Merchant Lending Trust Series SPL-1 (Dkt. #238, the "Supplemental Objection").

As stated in their previous joinder (Dkt. # 191), the Participants are similarly situated with the parties filing the Supplemental Objection.  For the reasons stated in the Supplemental

---

[1] Converted from Chapter 7 on May 6, 2013.

-2-

Objection, the Participants respectfully request that the Court deny the Debtor's sale motion and grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
      June 26, 2013

Respectfully submitted,

PERKINS COIE LLP

By: */s/ Schuyler G. Carroll*
    Schuyler G. Carroll
30 Rockefeller Center, 22nd Floor
New York, NY 10112-0085
Tel: 212.262.6900
Fax: 212.977.1649

Attorneys for
David Schellhardt and Robert Baker