| | |
|---|---|
| **LaMonica Herbst & Maniscalco, LLP** | **Hearing Date: November 12, 2013 at 11:00 a.m.** |
| 3305 Jerusalem Avenue, Suite 201 | **Objections Due: November 5, 2013** |
| Wantagh, New York 11793 | |
| Ph. 516.826.6500 | |
| Salvatore LaMonica, Esq. | |
| Adam P. Wofse, Esq. | |
| Jacqulyn S. Loftin, Esq. | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:

OAK ROCK FINANCIAL, LLC,                      Chapter 11
                                               Case No.13-72251-DTE
                    Debtor.
------------------------------------------------------------x

### NOTICE OF HEARING ON THE INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND THE REIMBURSEMENT OF EXPENSES OF <u>THE DEBTOR'S RETAINED PROFESSIONALS</u>

**PLEASE TAKE NOTICE**, that on **Tuesday, November 12, 2013 at 11:00 a.m.**, or as soon thereafter as counsels may be heard, a hearing will be held before the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York (the "<u>Court</u>"), Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, on the applications for allowance of compensation and the reimbursement of expenses (collectively, the "<u>Applications</u>") filed by the following parties:

| **Applicants** | **Amount Requested** | |
|---|---|---|
| **CohnReznick, LLP** | Compensation: | $1,229,274.00[1] |
| Financial Advisor for Oak Rock Financial, LLC | Expenses: | $50,629.68 |
| (First interim) | | |
| | | |
| **LaMonica Herbst & Maniscalco, LLP** | Compensation | $755,770.00[2] |
| Attorneys for Oak Rock Financial, LLC | Expenses: | $11,437.65 |
| (First interim) | | |

---

[1] In accordance with the Fee Order dated May 30, 2013, Applicant has received 80% of the total fees sought in the amount of $1,034,048.88 and 100% of the reimbursement of expenses. Applicant is also holding a $100,000.00 retainer that has not yet been applied.

[2] In accordance with the Fee Order dated May 30, 2013, Applicant has received 80% of the total fees sought in the amount of $604,616.00 and 100% of the reimbursement of expenses. Applicant is also holding a $100,000.00 retainer that has not yet been applied.

**PLEASE TAKE FURTHER NOTICE**, copies of the Applications may be inspected by any party in interest at the Office of the Clerk at the Court or by contacting Jacqulyn S. Loftin, Esq. at LaMonica Herbst & Maniscalco, LLP, Tel. 516.826.6500 or jsl@lhmlawfirm.com during regular business hours.

**PLEASE TAKE FURTHER NOTICE,** that objections to the Applications, if any, must be in writing, conform with Title 11 of the United States Code and the Rules of Federal Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Court no later than **November 5, 2013**, which is seven (7) days prior to return dates on the Applications, as follows: (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nyeb.uscourts.gov and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope. Courtesy copies of any objections should also be sent no later than **November 5, 2013** to the Chambers of the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, and LaMonica Herbst & Maniscalco, LLP, Attention: Salvatore LaMonica, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Applications may be adjourned without further notice other than by announcement of such adjournment in open Court.

Dated: October 18, 2013
      Wantagh, New York

                            **LaMonica Herbst & Maniscalco, LLP**
                            Attorneys for Oak Rock Financial, LLC

By:   *s/ Salvatore LaMonica*
       Salvatore LaMonica, Esq.
       Member
       3305 Jerusalem Avenue, Suite 201
       Wantagh, New York 11793
       Tel. 516.826.6500