UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In Re:

        OAK ROCK FINANCIAL, LLC,            Chapter 11
                                           Case No: 8-13-72251-reg

                                    Debtor(s).
----------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1.     David Schellhardt
       13300 Mid Atlantic Boulevard
       Laurel, MD 20871

2.     James N. Agals and Louise Agals
       64 Blackwatch Ct.
       Southampton, NY 11968

Dated: Central Islip, New York
       May 27, 2014

                            */s/Christine H. Black*
                            Christine H. Black
                            Assistant United States Trustee