Schuyler G. Carroll
John D. Penn
David F. Olsky
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, New York  10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649
scarroll@perkinscoie.com
jpenn@perkinscoie.com
dolsky@perkinscoie.com

Attorneys for the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>OAK ROCK FINANCIAL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 8-13-72251-reg |

### CERTIFICATE OF SERVICE

John D. Penn, an attorney, hereby certifies that on September 28, 2015 he caused the *Withdrawal of Request for Reconsideration of Order Compromising the Estate's Interest in and to the RAS Group, Inc. and Century Liquidation, Inc. Loan Agreement* to be filed via the Court's CM/ECF system, which sent notification of such filing to the parties registered to receive ECF notice.

Dated: New York, New York
September 28, 2015

PERKINS COIE LLP

By: */s/ John D. Penn*
John D. Penn
30 Rockefeller Plaza, 22nd Floor
New York, New York  10112-0085
Tel: 212.262.6900
Fax: 212.977.1649
jpenn@perkinscoie.com

Attorneys for the Official
Committee  of Unsecured Creditors

128019364.1