**SAM P. ISRAEL, P.C.**
Sam P. Israel, Esq. (SPI-0270)
Timothy L. Foster, Esq. (TF-0017)
1 Liberty Plaza, 35th Floor
New York, New York 10006
T: (646) 787-9880
F: (646) 787-9886
samisrael@spi-pc.com
timfoster@spi-pc.com

*Attorneys for North Mill Capital, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

OAK ROCK FINANCIAL, LLC,

                Debtor.
-------------------------------------------------------------X

                                    Chapter 11

                                      Case No. 8-13-72251-REG

## AFFIRMATION OF SERVICE

Timothy L. Foster, Esq. hereby affirms under the penalty of perjury as follows:

      1.      I am an attorney at Sam P. Israel, P.C., counsel for North Mill Capital, LLC ("**North Mill**") and ZFI Endowment Partners, L.P. ("**ZFI**"). I am not a party to this action.

      2.      On September 30, 2015, I caused to be served true and correct copies of North Mill and ZFI's Joint Memorandum of Law in Opposition to the Omnibus Objection of Israel Discount Bank of New York by (i) filing electronically via ECF (*see* Dkt. Entry No. 987), (ii) by electronic mail, and (iii) by Federal Express Overnight, upon counsel of record in this action as listed below:

| | |
|---|---|
| Salvatore LaMonica | Schuyler G. Carroll |
| LAMONICA HERBST & | PERKINS COIE LLP |
| MANISCALCO, LLP | 30 Rockefeller Plaza, 22nd Floor |
| 3305 Jerusalem Avenue, Suite 201 | New York, New York 10112-0085 |

1

| | |
|---|---|
| Wantagh, New York 11793 | scarroll@perkinscoie.com |
| SL@lhmlawfirm.com | |
| | |
| *Attorneys for the Debtor and Debtor-in Possession Oak Rock Financial LLC* | *Attorneys for the Official Committee of Unsecured Creditors* |
| | |
| Christine H. Black, Esq. | Jonathan N. Helfat |
| U.S. Dept. of Justice | OTTERBOURG P.C. |
| Office of the U.S. Trustee | 230 Park Avenue |
| Long Island Federal Courthouse | New York, New York 10169 |
| 560 Federal Plaza | jhelfat@oshr.com |
| Central Islip, NY  11722 | |
| | |
| *Attorney for U.S. Trustee, Region 2* | *Attorneys for Israel Discount Bank of New York* |

3.     I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
         September 30, 2015

By:     ___/s/ Timothy L. Foster___
         Timothy L. Foster, Esq. (TF-0017)