Robert J. Nahoum (RN-4907)
THE LAW OFFICES OF
ROBERT J, NAHOUM, P.C.
48 Burd Street, Suite 300
Nyack, New York 10960
Ph:    (845) 450-2906
Fax:   (888) 450-8640
Email: RJN@nahoumlaw.com

*Attorneys for David Schellhardt and Robert Baker*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>OAK ROCK FINANCIAL, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 8-13-72251-REG |

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

      **PLEASE TAKE NOTICE** that Robert J. Nahoum, Esq. of the Law Offices of Robert J.

Nahoum, P.C., shall be substituted in place of Perkins Coie LLP, as counsel of record in this

bankruptcy proceeding for David Schellhardt and Robert Baker.  Accordingly, all future papers

and correspondence in this bankruptcy proceeding should be forwarded to Law Offices of Robert

J. Nahoum, P.C., 48 Burd Street, Suite 300, Nyack, New York 10960.

| | |
|---|---|
| **THE LAW OFFICES OF**<br>**ROBERT J. NAHOUM, P.C.**<br>*Incoming Attorneys for*<br>*David Schellhardt and Robert Baker* | **PERKINS COIE LLP**<br>*Outgoing Attorneys for*<br>*David Schellhardt and Robert Baker* |
| By:   /s/Robert J. Nahoum<br>      Robert J. Nahoum, Esq.<br>48 Burd Street, Suite 300<br>Nyack, New York 10960<br>Tel: (845) 450-2906<br>Fax: (888) 450-8640<br>rjn@nahoumlaw.com | By:   /s/Schuyler G. Carroll<br>      Schuyler G. Carroll, Esq.<br>30 Rockefeller Plaza, 22nd Floor<br>New York, New York 10112-0085<br>Tel: (212) 262-6900<br>Fax: (212) 977-1649<br>scarroll@perkinscoie.com |