

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Adam C. Silverstein
Member of the Firm
asilverstein@otterbourg.com
212 905 3628

September 30, 2015

**VIA ECF AND FEDERAL EXPRESS**

Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court for the
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

> Re: *In re Oak Rock Financial, LLC*, United States Bankruptcy Court for the Eastern District of New York, Case No. 8-13-72251-reg

Dear Judge Grossman:

This firm represents Israel Discount Bank of New York ("IDB"), individually and as Agent for the lenders to Oak Rock Financial, LLC (the "Debtor"). We write to confirm, as Chambers previously was advised, that IDB and the U.S. Small Business Administration, as Receiver for Redstone Business Lenders, LLC (the "SBA"), have agreed to adjourn the hearing on IDB's objection to the SBA's proof of claim (Claim No. 72), set forth in the Omnibus Objection of Israel Discount Bank of New York, as Agent, to Proofs of Claim (Dkt. No. 963-1) to October 21, 2015 at 1:30 p.m. All other objections in the Omnibus Objection Proof of Claim are unaffected, and remain scheduled to be heard on October 7, 2015 at 1:30 p.m.

We appreciate the Court's attention to this matter.

Respectfully,

Adam C. Silverstein

cc (via e-mail):
Christine H. Black, Esq.
Salvatore LaMonica, Esq.
Jacqulyn Loftin, Esq.
Schuyler G. Carroll, Esq.
John D. Penn, Esq.
David Olsky, Esq.
Sheryl P. Giugliano, Esq.