

1900 Sixteenth Street  
Suite 1400  
Denver, CO 80202-5255  

T +1.303.291.2300  
F +1.303.291.2400  
perkinscoie.com

December 22, 2015

David F. Olsky  
DOlsky@perkinscoie.com  
D.  (303) 291-2395  
F.  (303) 291-2495

**VIA ECF**

Hon. Robert E. Grossman  
United States Bankruptcy Court for the Eastern District of New York  
Alfonse M. D'Amato Federal Courthouse  
290 Federal Plaza  
Central Islip, New York 11722

Re:  *Official Committee of Unsecured Creditors on Behalf of Bankruptcy Estate of Oak Rock Financial, LLC v. Israel Discount Bank of New York et al.*, Adv. Pro. Nos. 13-08077, 13-08080, 8-14-08231; *Medallion Bank et al. v. Israel Discount Bank of New York et. Al.*, Adv. Pro. No. 13-08075

Dear Judge Grossman:

      Plaintiff Official Committee of Unsecured Creditors on Behalf of the Bankruptcy Estate of Oak Rock Financial, LLC (the "Committee") has submitted via ECF a Proposed Amended Pretrial Joint Pre-Trial Scheduling Order for the above-captioned adversary proceedings (the "Proposed Order").  The Proposed Order is submitted on behalf of all parties in above-captioned adversary proceedings.

Sincerely,

/s/ *David F. Olsky*

cc:  All Counsel

129099252.1  
Perkins Coie LLP