**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Ph. 516.826.6500
Salvatore LaMonica, Esq.
Jacqulyn S. Loftin, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:

OAK ROCK FINANCIAL, LLC,                                Chapter 11
                                                        Case No.13-72251-REG
                    Debtor.
---------------------------------------------------------------x

## CERTIFICATION

**TO:   THE HONORABLE ROBERT E. GROSSMAN**
       **UNITED STATES BANKRUPTCY JUDGE**

In accordance with General Order 613 (the "Guidelines"), Jacqulyn S. Loftin, Esq., a Partner of LaMonica Herbst & Maniscalco, LLP ("LHM"), attorneys for Oak Rock Financial, LLC, the debtor and debtor in possession (the "Debtor"), hereby certifies with respect to LHM's sixth and final application for allowance of compensation and reimbursement of expenses for the period June 1, 2015 through October 31, 2018 (the "Application"), as follows:

1.   I am the "Certifying Professional" as defined in the Guidelines.

2.   I have read the Application, and certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, except as specifically indicated to the contrary, (a) the Application complies with the Guidelines, (b) the fees and disbursements sought by LHM in the Application fall within the Guidelines, (c) the fees and disbursements sought by LHM, except to the extent prohibited by the Guidelines, are billed at rates, and in accordance with practices, customarily employed by LHM and generally accepted by LHM's clients; and (d) in

providing a reimbursable service, LHM does not make a profit on the service, whether the service is performed by LHM in-house or through a third party.

3. The Debtor was provided with a statement containing a list of the professionals performing services, their respective billing rates, the aggregate hours spent by each professional, a general description of the services rendered and a reasonably detailed breakdown of the disbursements incurred.

Dated: November 28, 2018
      Wantagh, New York

Respectfully submitted,

**LaMONICA HERBST & MANISCALCO, LLP**
Attorneys for Oak Rock Financial, LLC

By: *Jacqulyn S. Loftin*
    Jacqulyn S. Loftin, Esq.
    Partner
    3305 Jerusalem Avenue
    Wantagh, New York 11793
    Ph. 516.826.6500